B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of South Carolina

In re  Wendell Marvin Padgett                    ,          Case No.  17-04358-jw

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust
_____
Name of Transferee

Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit opportunities Trust V
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501
Phone:  800.603.0836
Last Four Digits of Acct #:      2874

Court Claim # (if known):      8-1
Amount of Claim:      $207,866.94
Date Claim Filed:      12/15/2017

Phone: _____
Last Four Digits of Acct. #:      4098

Name and Address where transferee payments should be sent (if different from above):




Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                              Date:  03/23/2020
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.